```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
MICHAEL S. SELTZER,                     : 09 Civ. 9115 (BSJ) (JCF)
                                        :
                Plaintiff,              :     O R D E R
                                        :
        - against -                     :
                                        :
OMNI HOTEL,                             :
                                        :
                Defendant.              :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on February 18, 2010, it is hereby ORDERED as follows:

1. All discovery shall be completed by June 30, 2010.

2. The pretrial order shall be submitted by July 31, 2010 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*(signature)*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         February 22, 2010

Copies mailed this date:

Mitchell J. Carlinsky, Esq.
Carlinsky, Dunn & Pasquariello, PLLC
8 Duffy Avenue
Hicksville, New York 11801

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10
```

1

Thomas G. Dagmody, Esq.
Mintzer, Sarowitz, Zeris, Ladva & Meyers, LLP
39 Broadway, Suite 950
New York, New York 10006